# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA AND : 
PATRICIA REUTER, REVENUE OFFICER, : 
INTERNAL REVENUE SERVICE, :
:
              Plaintiffs, :
:
v. :   Civil Action No. 15-cv-3420
:
KIM A. ZAFFINO, :
:
             Defendant. :



## WARRANT FOR ARREST OF KIM ZAFFINO

TO:   United States Marshal or any other law enforcement agent:

You are commanded to arrest Kim Zaffino, 721 Country Club Lane, Warrington PA 18976 and bring her forthwith before this Court for the reason that said Kim Zaffino has failed to comply with an Order of this Court requiring her compliance with an Internal Revenue Service Summons and is to appear in this Court to effect such compliance or to face contempt.

**IT IS SO ORDERED.**

Philadelphia, Pennsylvania, this 30th of October, 2015.

BY THE COURT:

_____
HONORABLE JOHN R. PADOVA
*Senior Judge, United States District Court*