IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ET AL. | : | CIVIL ACTION |
| v. | : | |
| KIM A ZAFFINO | : | NO. 15-3420 |

# **ORDER**

**AND NOW**, this 5th day of November, 2015, **IT IS HEREBY ORDERED** that Kim A. Zaffino is **RELEASED** from custody.

BY THE COURT:

/s/ John R. Padova

_____

John R. Padova, J.